# STAMPONE D'ANGELO RENZI DIPIERO

Attorneys at Law, P.C.

Joseph P. Stampone
Drew P. D'Angelo
Nicholas J. Renzi*
Andrew E. DiPiero Jr.*‡

Peter E. Perry Jr.†
Armand E. Olivetti Jr.†~
James P. McNally
Kimberly M. Thomas*††
Daniel C. Breen*

Pennsylvania
500 Cottman Avenue
Cheltenham, PA 19012
p/215.663.0400
f/215.663.9112

www.stamponelaw.com • info@stamponelaw.com

*ALSO MEMBER OF THE NEW JERSEY BAR
††ALSO MEMBER OF THE NEW YORK BAR
‡CERTIFIED AS A CIVIL TRIAL ADVOCATE BY THE NATIONAL BOARD OF TRIAL ADVOCACY
†FORMER WORKERS' COMPENSATION JUDGE
~OF COUNSEL

New Jersey
203-205 Blackhorse Pike
Haddon Heights, NJ 08035
p/856.546.6974
f/856.547.2225

July 25, 2006

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

*VIA FEDERAL EXPRESS*

Attention: Elizabeth

    RE:    **Barry Zipper v. Lange, et al**

Dear Elizabeth:

Enclosed please find a corrected original and four (4) copies of a Complaint in Civil Action with regard to the above-captioned matter, along with a disk of the documents in .pdf format.

Kindly file same of record with the Court and return the time-stamped copies of the Complaint to my office in the enclosed postage paid reply envelope.

Thank you for your courtesy and cooperation in this regard.

Very truly yours,

*/s/ Nicholas J. Renzi/jmb*
NICHOLAS J. RENZI

NJR/jmb
Enclosures

FILED
JUL 26 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE