OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo                                                                    LOCKBOX 18
CLERK                                                                      844 KING STREET
                                                                          U.S. COURTHOUSE
                                                           WILMINGTON, DELAWARE 19801
                                                                              (302) 573-6170

July 26, 2006

Nicholas J. Renzi
Stampone D'Angelo Renzi Dipiero
500 Corrman Avenue
Cheltrenham, PA 19012

          RE:    Zipper v. Lange et al
                 CV 06-444

Dear Counsel:

        The above referenced action was filed in this district on July 21, 2006.

        Pursuant to Local Rule 83.5(d) of Civil Practice for the United States District Court for
the District of Delaware, it is required that all parties associate themselves with local counsel.
Local Rule 83.5(d) reads as follows:

        " An attorney not admitted to practice by the Supreme Court of Delaware may not be
        admitted pro hac vice in this Court unless associated with an attorney who is a member of
        the Bar of this Court and who maintains an office in the District of Delaware for the
        regular transaction of business, upon whom all notices, orders, pleadings and other
        papers filed in the cases shall be served and who shall be required to sign all papers filed
        with the Court, where the signature of an attorney is required, and attend before the
        Court, Clerk, United States Magistrate, Bankruptcy Judge, Auditors, Trustees, Receivers,
        or other officers of the Court. "

        Please have your local counsel enter an appearance within 30 days from the filing date of
this action.

                              Sincerely,


                              Peter T. Dalleo
                              Clerk of Court


                              By: E.Strickler
                              Deputy Clerk