UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY ZIPPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-444 (KAJ) |
| | ) |
| STEPHEN LANGE and | ) JURY TRIAL DEMANDED |
| JOSEPH LANGE, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ENTRY OF APPEARANCE

TO: Clerk of the Court

PLEASE ENTER THE APPEARANCE of James P. Hall, Esquire, as counsel for plaintiff Barry Zipper in the above-captioned matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ J. Hall
_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff Barry Zipper

DATE: August 11, 2006