UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY ZIPPER, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-444-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| STEPHEN LANGE, and ) | |
| JOSEPH LANGE, ) | |
| ) | |
| Defendants. ) | |

### *ENTRY OF APPEARANCE*

PLEASE ENTER the appearance of Michael A. Pedicone, Esquire, on behalf of defendants, STEPHEN LANGE and JOSEPH LANGE. The Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon these Defendants. These Defendants specifically reserve all rights to raise jurisdictional, or service, or statute of limitations defects which may be available.

                                        MICHAEL A. PEDICONE, P.A.

                             By:  /s/  Michael A. Pedicone
                                Michael A. Pedicone, Esquire (No. 2424)
                                109 W. 7th Street
                                P.O. Box 1395
                                Wilmington, DE 19899
                                (302) 652-7850
                                Attorney for Defendants

Dated:   August 31, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-KAJ |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing Entry of Appearance to be served via e-file and US mail on August 31, 2006, upon:

Nicholas J. Renzi, Esquire
500 Cottman Avenue
Cheltenham, PA 19012
Attorney for Plaintiff
(215) 663-0400

                                            MICHAEL A. PEDICONE, P.A.

                             By: _/s/  Michael A. Pedicone_____
                                    Michael A. Pedicone, Esquire (No. 2424)
                                    109 W. 7th Street
                                    P.O. Box 1395
                                    Wilmington, DE 19899
                                    (302) 652-7850
                                    Attorney for Defendants

Dated:   August 31, 2006