UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-KAJ |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing Interrogatories Directed to Plaintiff by Defendants to be served via e-file and US mail on November 2, 2006, upon:

Nicholas J. Renzi, Esquire
500 Cottman Avenue
Cheltenham, PA 19012
Attorney for Plaintiff
(215) 663-0400

James P. Hall, Esquire
Phillips, Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated: November 2, 2006