UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-KAJ |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the Defendant's Responses to Plaintiff's Request for Production to be served via e-file and US mail on November 9, 2006, upon:

| | |
|---|---|
| Nicholas J. Renzi, Esquire | James P. Hall, Esquire |
| 500 Cottman Avenue | Phillips, Goldman & Spence |
| Cheltenham, PA 19012 | 1200 North Broom Street |
| Attorney for Plaintiff | Wilmington, DE 19806 |
| (215) 663-0400 | (302) 655-4200 |

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant

Dated: November 9, 2006

Case 1:06-cv-00444-MPT    Document 15    Filed 11/09/2006    Page 2 of 2