UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY ZIPPER, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-444-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| STEPHEN LANGE, and ) | |
| JOSEPH LANGE, ) | |
| ) | |
| Defendants. ) | |

### REQUEST FOR PHYSICAL EXAMINATION

The defendants hereby request an examination of the plaintiff, BARRY ZIPPER, regarding the injuries alleged. The examination is to be conducted by John B. Townsend, III, M.D., 774 Christiana Road, Suite 201, Newark, DE 19713 on **Friday, February 2, 2007 at 1:00 p.m.**

                                                       MICHAEL A. PEDICONE, P.A.

By:  /s/  Michael A. Pedicone
       Michael A. Pedicone, Esquire (No. 2424)
       109 W. 7th Street
       P.O. Box 1395
       Wilmington, DE 19899
       (302) 652-7850
       Attorney for Defendants

Dated: November 9, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-KAJ |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing Request for Physical Examination to be served via e-file and US mail on November 9, 2006, upon:

| | |
|---|---|
| Nicholas J. Renzi, Esquire | James P. Hall, Esquire |
| 500 Cottman Avenue | Phillips, Goldman & Spence |
| Cheltenham, PA 19012 | 1200 North Broom Street |
| Attorney for Plaintiff | Wilmington, DE 19806 |
| (215) 663-0400 | (302) 655-4200 |

MICHAEL A. PEDICONE, P.A.

By:  /s/  Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated:   November 9, 2006