UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-KAJ |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the Defendants' Answers to Plaintiff's

Interrogatories to be served via e-file and US mail on December 1, 2006, upon:

Nicholas J. Renzi, Esquire  
500 Cottman Avenue  
Cheltenham, PA 19012  
Attorney for Plaintiff  
(215) 663-0400  

James P. Hall, Esquire  
Phillips, Goldman & Spence  
1200 North Broom Street  
Wilmington, DE 19806  
(302) 655-4200  

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendant

Dated:   December 1, 2006