IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-444-*** |
| | : | |
| STEPHEN LANGE and JOSEPH LANGE, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **5th** day of **February, 2007**.

IT IS ORDERED that the teleconference scheduled for Wednesday, March 21, 2007 at 9:30 a.m. with Magistrate Judge Thynge has been rescheduled to **Monday, March 5, 2007 at 9:30 a.m.** The purpose of this teleconference is to discuss the status of the case. **Plaintiff's counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE