IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY ZIPPER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-444-*** |
| STEPHEN LANGE and JOSEPH LANGE, | : |
| Defendants. | : |

## ORDER

At Wilmington this 5th day of **March, 2007.**

A status teleconference was held on March 5, 2007 with counsel participating. As a result of that teleconference,

IT IS ORDERED that counsel are to advise on or before **March 9, 2007** regarding their position on consent to the jurisdiction of the Magistrate Judge according to the directions during the teleconference. In addition, a teleconference is scheduled for **March 14, 2007** at **4:30 p.m.** which may include modification to the present scheduling order and the scheduling of mediation in this matter. **Michael Pedicone, Esq.** is to initiate the teleconference.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE