IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY ZIPPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-444 |
| | ) |
| STEPHEN LANGE and | ) JURY TRIAL DEMANDED |
| JOSEPH LANGE, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

COMES NOW, the parties, by and through their undersigned counsel, who do hereby stipulate, agree and consent to the jurisdiction of The Honorable Mary Pat Thynge for mediation and trial in the above-captioned matter.

_____
JAMES P. HALL, ESQUIRE (#3293)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Plaintiff

/s/Michael A. Pedicone

_____
MICHAEL A. PEDICONE, ESQUIRE (#2424)
MICHAEL A. PEDICONE, P.A.
109 West 7th Street
P.O. Box 1395
Wilmington, DE 19899-1395
(302) 652-7850
Attorney for Defendants

DATED: March 8, 2007

IT IS SO ORDERED this _____ day of _____, 2007.

_____
J.