UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| BARRY ZIPPER, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 06-444-KAJ |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| STEPHEN LANGE, and ) | |
| JOSEPH LANGE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITIONS

TO:   Nicholas J. Renzi, Esquire                James P. Hall, Esquire
      500 Cottman Avenue                         1200 N. Broom Street
      Cheltenham, PA 19012                       Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned attorney will take the oral depositions of the plaintiff, BARRY ZIPPER and a witness, MARY WAGNER, in the offices of the undersigned, on **Wednesday, May 9, 2007 at 10:00 a.m. and 11:00 a.m., respectively.**

MICHAEL A. PEDICONE, P.A.

By:   /s/ Michael A. Pedicone
      Michael A. Pedicone, Esquire (No. 24240
      109 W. 7th Street
      P.O. Box 1395
      Wilmington, DE 19899
      (302) 652-7850
      Attorney for Defendants

Dated:   March 13, 2007

cc:   Wilcox & Fetzer

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-KAJ |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing Notice of Depositions to be served via e-file and US mail on March 13, 2007, upon:

| | |
|---|---|
| Nicholas J. Renzi, Esquire | James P. Hall, Esquire |
| 500 Cottman Avenue | Phillips, Goldman & Spence |
| Cheltenham, PA 19012 | 1200 North Broom Street |
| Attorney for Plaintiff | Wilmington, DE 19806 |
| (215) 663-0400 | (302) 655-4200 |

MICHAEL A. PEDICONE, P.A.

By: /s/ Michael A. Pedicone
Michael A. Pedicone, Esquire (No. 2424)
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants

Dated: March 13, 2007