# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN, III
BRIAN E. FARNAN
DAVID A. BILSON*
MELISSA E. CARGNINO
MIRANDA L. JOHNSTON*

*PENNSYLVANIA BAR ONLY

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH, DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

May 15, 2007

**Via Hand Delivery**

The Honorable Mary Pat Thynge
U. S. District Court
Lockbox No. 8
844 North King Street
Wilmington, DE 19801

    Re:   Barry Zipper v. Stephan Lange
           C.A. No. 06-444
           Our File: ZIPBA-2

Dear Judge Thynge:

    I am enclosing herewith a letter from Nicholas J. Renzi, Esquire regarding the current status of the above-captioned action. If Your Honor has any questions please do not hesitate to contact my office.

                                        Respectfully submitted,

                                        JAMES P. HALL
                                        DSB# 3293

JPH:dng
cc:   Nicholas J. Renzi, Esquire (w/enc.)
      Michael A. Pedicone, Esquire (w/enc.)

# TAMPONE D'ANGELO RENZI DIPIERO

Attorneys at Law, P.C.

Joseph P. Stampone
Drew P. D'Angelo
Nicholas J. Renzi
Andrew E. DiPiero Jr.

Armand E. Oliverri Jr.
James P. McNally
Kimberly M. Thomas
Daniel C. Breen

Pennsylvania
500 Cottman Avenue
Cheltenham, PA 19012
p/215.663.0400
f/215.663.9112

www.stamponelaw.com    nb@stamponelaw.com

*ALSO MEMBER OF THE NEW JERSEY BAR
†ALSO MEMBER OF THE NEW YORK BAR
‡CERTIFIED AS A CIVIL TRIAL ADVOCATE BY THE NATIONAL BOARD OF TRIAL ADVOCACY
⁎FORMER WORKERS' COMPENSATION JUDGE
–OF COUNSEL

New Jersey
203-205 Blackhorse Pike
Haddon Heights, NJ 08035
p/856.546.8874
f/856.547.2225

May 14, 2007

Honorable Mary Pat Thynge
United States District Court
District of Delaware
Lockbox 8
844 N. King Street
Wilmington, DE 19801

    RE: Barry Zipper v. Lange, et al
        Civil Action No: 06-444

Dear Judge Thynge:

Please allow this letter to serve as an Interim Status Report regarding the above-captioned matter.

All written discovery has been exchanged. Expert reports have been exchanged. Depositions of all the parties and fact witnesses were conducted on Wednesday, May 9, 2007.

Plaintiff's counsel is attempting to acquire a copy of a report concerning an MRI of the brain and an addendum to his medical expert's report.

If you have any questions, please do not hesitate to contact me.

Respectfully,

NICHOLAS J. RENZI
NJR/cs
cc:    Michael A. Peddicone, Esquire
       James Hall, Esquire