UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARRY ZIPPER, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 06-444-MPT |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| STEPHEN LANGE, and | ) | |
| JOSEPH LANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by the attorneys for the parties that the above action is hereby dismissed with prejudice.

PHILLIPS, GOLDMAN & SPENCE

By: _____
James P. Hall, Esquire
1200 North Broom Street
Wilmington, DE 19801
(302) 655-4200

MICHAEL A. PEDICONE, P.A.

By: _____
Michael A. Pedicone, Esquire
109 W. 7th Street
P.O. Box 1395
Wilmington, DE 19899
(302) 652-7850
Attorney for Defendants Lange

By: _____
Nicholas J. Renzi, Esquire
500 Cottman Avenue
Cheltenham, PA 19012
(215) 663-4200
Attorney for Plaintiff

SO ORDERED, this 24 day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE